# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| DAMILOLA OBEMBE, | Civil Action No. |
| Plaintiff, | 25-cv-01027 (BRM) (JRA) |
| v. | **THIRD AMENDED SCHEDULING ORDER** |
| TATA CONSULTANCY SERVICES, LTD., et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court by way of the April 6, 2026 dispute hearing, and the parties requiring an extension to the time to complete discovery, and for good cause shown,

**IT IS, on this 6th day of April 2026, ORDERED** that:

1. Fact discovery is extended through **June 9, 2026**.  No fact discovery shall be issued or engaged in beyond that date, except upon application to this Court and for good cause shown.

2. Plaintiff's deposition shall be held no later than **May 8, 2026.**

3. Discovery disputes (other than those arising during depositions) shall be brought to the Court's attention no later than **May 11, 2026**.  The Court will not consider any discovery dispute (other than those arising during depositions) brought to its attention after this date.

4. All affirmative expert reports shall be delivered by **July 8, 2026**. Any such report shall comport with the form and content requirements of Fed. R. Civ. P. 26(a)(2)(B).

5. All responding expert reports shall be delivered by **August 10, 2026**. Any such report shall comport with the form and content requirements referenced above.

6. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **September 9, 2026**.

HON. JOSÉ R. ALMONTE
UNITED STATES MAGISTRATE JUDGE

2